

# United States District Court
# Eastern District of California

ELISA MARAVILLAS

Plaintiff(s)

V.

REALPAGE, INC., ET AL

Defendant(s)

Case Number: 2:26-cv-01729-DJC-AC

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, ERIN M. CHOI hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

REALPAGE, INC., ET AL

On 11/04/2011 (date), I was admitted to practice and presently in good standing in the TEXAS (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 05/05/2026

Signature of Applicant: /s/ ERIN M. CHOI

**Pro Hac Vice Attorney**

Applicant's Name: ERIN M. CHOI

Law Firm Name: GIBSON, DUNN & CRUCTHER LLP

Address: 2001 ROSS AVENUE

SUITE 2100

City: DALLAS   State: TX   Zip: 75201-2923

Phone Number w/Area Code: (214) 689-3100

City and State of Residence: DALLAS, TX

Primary E-mail Address: ECHOI@GIBSONDUNN.COM

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: JEREMY S. SMITH

Law Firm Name: GIBSON, DUNN & CRUCTHER LLP

Address: 333 SOUTH GRAND AVENUE

City: LOS ANGELES   State: CA   Zip: 90071-3197

Phone Number w/Area Code: (213) 229-7000   Bar # 283812

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:   May 14, 2026

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE