**KALIELGOLD PLLC**
Sophia G. Gold (SBN: 307971)
sgold@kalielgold.com
Amanda J. Rosenberg (SBN 278507)
arosenberg@kalielgold.com
490 43rd Street, Suite 122
Oakland, CA 94609
Telephone: (202) 350-4783

**KALIELGOLD PLLC**
Jeffrey D. Kaliel (CA Bar No. 238293)
jkaliel@kalielpllc.com
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA MARAVILLAS, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>REALPAGE, INC., PROPERTYWARE LLC, REALPAGE PAYMENT PROCESSING SERVICES, INC., AND REALPAGE PAYMENTS SERVICES LLC,<br><br>                    Defendants. | CASE NO. 2:26-cv-01729-DJC-AC<br><br>**JOINT STIPULATION REGARDING PLAINTIFF'S FILING OF FIRST AMENDED COMPLAINT AND SUBSEQUENT RESPONSE DEADLINE**<br><br>Hon. Daniel J. Calabretta |

---

JOINT STIPULATION RE FILING OF AMENDED COMPLAINT AND SUBSEQUENT RESPONSE DEADLINE
CASE NO. 2:26-CV-01729-DJC-AC

Plaintiff Elisa Maravillas ("Plaintiff") and Defendants RealPage, Inc., PropertyWare LLC, RealPage Payment Processing Services, Inc., and RealPage Payments Services LLC ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit this Stipulation.

WHEREAS, on April 1, 2026, Plaintiff filed her Complaint in the Sacramento County Superior Court;

WHEREAS, on May 5, 2026, Defendants removed the matter to the Eastern District of California;

WHEREAS, on June 9, 2026, Defendants filed their Motion to Dismiss (Dkt. 12) (the "Motion"), which is currently pending before the Court with a hearing date of August 13, 2026;

WHEREAS, Plaintiff's deadline to file an opposition to the Motion is currently June 23, 2026;

WHEREAS, under the Federal Rule of Civil Procedure 15, Plaintiff is allowed 21 days following Defendants' filing of the Motion to amend the Complaint, which is on or before June 30, 2026.  Defendants are then permitted to respond or answer the amended pleading within 14 days after the amended pleading is filed (on July 14, 2026).

WHEREAS, rather than respond to Defendants' Motion, Plaintiff intends to file a First Amended Complaint ("FAC") which may moot certain arguments made in Defendants' Motion. The Parties therefore agree that, pursuant to Rule 15, Plaintiff may have until June 30, 2026 to file the FAC, which will constitute her one-time amendment as a matter of course under Rule 15;

WHEREAS, given the intent to amend the complaint, the Parties also agree to a modest extension of the schedule to provide sufficient time to address any new allegations or causes of action presented in the FAC, while still securing the just, speedy, and inexpensive determination of this action.  To that end, the Parties have discussed and agreed that Defendants' responsive pleading deadline shall be extended by 7 days.  Accordingly, the

JOINT STIPULATION RE PLAINTIFF'S FILING OF AMENDED COMPLAINT AND SUBSEQUENT RESPONSE DEADLINE
CASE NO. 2:26-CV-01729-DJC-AC

Parties agree that: (a) Plaintiff's FAC shall be filed on or before June 30, 2026, (b) Defendants' responsive pleading shall be due on or before July 21, 2026;

WHEREAS, good cause exists to grant the requested extensions of time because: (i) the requested relief will promote efficiency and conserve both party and judicial resources, and, (ii) the requested modified schedule will provide for an orderly and convenient process to address any new or modified allegations or causes of action in Plaintiff's FAC.

WHEREAS, the Parties have not requested the extension of these deadlines before;

WHEREAS, both Parties reserve all rights and nothing in this Stipulation shall be construed as a waiver of the Parties' arguments or rights, including the rights to be heard regarding any motion or to seek other relief from this Court.  Nothing in this Stipulation shall be construed as a waiver that the amended complaint can or does cure any of the deficiencies alleged in the Motion;

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

## **STIPULATION**

1.      Plaintiff shall have leave to file a First Amended Complaint on or before **June 30, 2026.**

2.      Plaintiff's deadline to file an opposition to Defendants' currently pending Motion (Dkt. 12) is hereby stayed.

3.      Defendants shall file their responsive pleading on or before **July 21, 2026**.

4.      The hearing date of August 13, 2026, on Defendant's Motion is vacated and may be renewed if Defendants file a motion to dismiss the FAC.

5.      This Stipulation shall not constitute a waiver of any right, claim, defense, or argument by any Party.

6.      The Parties have not previously sought a stay of Plaintiff's deadline to respond to the Motion or an extension of the briefing deadline. This Stipulation is submitted in good faith and not for the purpose of delay and is supported by good cause.

IT IS SO STIPULATED.

JOINT STIPULATION RE PLAINTIFF'S FILING OF AMENDED COMPLAINT AND SUBSEQUENT
RESPONSE DEADLINE
CASE NO. 2:26-CV-01729-DJC-AC

Dated: June 19, 2026                              **KALIELGOLD PLLC**

                                                  By: */s/ Sophia Goren Gold*
                                                      Jeffrey D. Kaliel
                                                      Sophia Goren Gold
                                                      Amanda J. Rosenberg

                                                  *Attorneys for Plaintiff and the Proposed Class*


Dated: June 19, 2026                              **GIBSON, DUNN & CRUTCHER L**

                                                  By: */s/ Erin M. Choi (as authorized on 06/19/2026*
                                                      Jeremy S. Smith
                                                      Erin M. Choi

                                                  *Attorneys for Defendants*


IT IS SO ORDERED:


Dated:  June 22, 2026                              /s/ Daniel J. Calabretta
                                                   THE HONORABLE DANIEL J. CALABRETTA
                                                   UNITED STATES DISTRICT JUDGE

JOINT STIPULATION RE PLAINTIFF'S FILING OF AMENDED COMPLAINT AND SUBSEQUENT
RESPONSE DEADLINE
CASE NO. 2:26-CV-01729-DJC-AC