GIBSON, DUNN & CRUTCHER LLP
JEREMY S. SMITH, SBN 283812
jssmith@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197

ERIN M. CHOI, TX Bar No. 24079436
*pro hac vice*
echoi@gibsondunn.com
2001 Ross Avenue Suite 2100
Dallas, Texas 75201-2923

Telephone: 213.229.7000
Facsimile: 213.229.7502

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ELISA MARAVILLAS and SHEILA DEAN, on behalf of themselves and all others similarly situated,

Plaintiff,

v.

REALPAGE, INC., PROPERTYWARE LLC, REALPAGE PAYMENT PROCESSING SERVICES, INC., AND REALPAGE PAYMENTS SERVICES LLC,

Defendants.

CASE NO. 2:26-cv-01729-DJC-AC

**JOINT STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO THE FIRST AMENDED COMPLAINT**

Hon. Daniel J. Calabretta

Plaintiff Elisa Maravillas and Plaintiff Sheila Dean (collectively, "Plaintiffs") and Defendants RealPage, Inc., Propertyware LLC, RealPage Payment Processing Services, Inc., and RealPage Payments Services LLC ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit this Stipulation.

WHEREAS, on April 1, 2026, Plaintiff Maravillas filed her Complaint in the Sacramento County Superior Court;

WHEREAS, on May 5, 2026, Defendants removed the matter to the Eastern District of California;

WHEREAS, on June 9, 2026, Defendants filed their Motion to Dismiss;

WHEREAS, on June 19, 2026, the Parties previously stipulated (Dkt. 14) and on June 22, 2026, the Court ordered (Dkt. 15) that Plaintiff Maravillas could file a First Amended Complaint ("FAC") by June 30, 2026 and Defendants' deadline to respond to the FAC would be extended to, and is currently due on, July 21, 2026;

WHEREAS, on June 30, 2026, Plaintiffs filed the FAC (Dkt. 16) that added a new plaintiff, Plaintiff Sheila Dean, four new causes of action, including causes of action under federal law and Maryland state law;

WHEREAS, Defendants have acted diligently in their investigation of the newly presented claims and new causes of action, and have identified that Plaintiff Dean may have agreed to a binding arbitration of her claims;

WHEREAS, additional time is needed to fully investigate the four new causes of action, Plaintiff Dean's potential agreement to arbitrate her claims, and the new factual allegations made in support of the FAC. The Parties therefore agree that based on the significant additions to the FAC, good cause supports a modest extension of the responsive pleading deadline to August 6, 2026;

WHEREAS, both Parties reserve all rights and nothing in this Stipulation shall be construed as a waiver of the Parties' arguments or rights, including the rights to be heard regarding any motion or to seek other relief from this Court;

WHEREAS, the Parties have previously sought one extension to the responsive pleading deadline, which was granted by the Court on June 22, 2026 (Dkt. 15). No other extensions to the responsive pleading deadline have been requested or granted. No discovery cutoff date, dispositive motions deadline, pretrial conference date, or trial date has been set in this matter;

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

**STIPULATION**

1. Defendants shall have leave to file their responsive pleading on or before **August 6, 2026**;

2. This Stipulation shall not constitute a waiver of any right, claim, defense, or argument by any Party;

3. This Stipulation is submitted in good faith, not for the purpose of delay, and is supported by good cause.

IT IS SO STIPULATED.

Dated: July 15, 2026

**GIBSON, DUNN & CRUTCHER LLP**

By: *\/s/ Jeremy S. Smith*
Jeremy S. Smith
Erin M. Choi

*Attorneys for Defendants*

Dated: July 15, 2026

**KALIELGOLD PLLC**

By: */s/ Sophia Goren Gold* (as authorized on 7/15/2026)
Jeffrey D. Kaliel
Sophia Goren Gold
Amanda J. Rosenberg

*Attorneys for Plaintiffs and the Proposed Class*

IT IS SO ORDERED:

Dated: July 20, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE