**KALIELGOLD PLLC**
Sophia G. Gold (SBN: 307971)
sgold@kalielgold.com
Amanda J. Rosenberg (SBN: 278507)
arosenberg@kalielgold.com
490 43rd Street, Suite 122
Oakland, California 94609
Telephone: (202) 350-4783

Jeffrey D. Kaliel (SBN: 238293)
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783
jkaliel@kalielpllc.com

Attorneys for Plaintiffs and the Putative Class

**GIBSON, DUNN & CRUTCHER LLP**
JEREMY S. SMITH, SBN 283812
jssmith@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000

ERIN M. CHOI
(TX Bar No. 24079436) (pro hac vice)
echoi@gibsondunn.com
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2923

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ELISA MARAVILLAS, on behalf of herself and all others similarly situated,

Plaintiffs,

v.

REALPAGE, INC., PROPERTYWARE LLC, REALPAGE PAYMENT PROCESSING SERVICES, INC., AND REALPAGE PAYMENTS SERVICES LLC,

Defendants.

CASE NO. 2:26-cv-01729-DJC-AC

**JOINT STIPULATION TO EXTEND BRIEFING TIMELINE ON DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Hon. Daniel J. Calabretta

Hearing Date: October 22, 2026
Time: 1:30 p.m.
Courtroom: 7
Judge: Hon. Daniel J. Calabretta

Plaintiffs Elisa Maravillas and Sheila Dean (collectively, "Plaintiffs") and Defendants RealPage, Inc., Propertyware LLC, RealPage Payment Processing Services, Inc., and RealPage Payments Services LLC ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit this Stipulation.

WHEREAS, on April 1, 2026, Plaintiff Maravillas filed her Complaint in the Sacramento County Superior Court;

WHEREAS, on May 5, 2026, Defendants removed the matter to the Eastern District of California;

WHEREAS, on June 9, 2026, Defendants filed their Motion to Dismiss;

WHEREAS, on June 19, 2026, the Parties previously stipulated (Dkt. 14) and on June 22, 2026, the Court ordered (Dkt. 15) that Plaintiff Maravillas could file a First Amended Complaint ("FAC") by June 30, 2026, and Defendants' deadline to respond to the FAC would be extended to July 21, 2026;

WHEREAS, on June 30, 2026, Plaintiffs filed the FAC (Dkt. 16) that added a new plaintiff, Plaintiff Sheila Dean, four new causes of action, including causes of action under federal law and Maryland state law;

WHEREAS, on July 15, 2026, the parties stipulated (Dkt. 17) and on July 20, 2026, the Court ordered (Dkt. 18), that Defendants' responsive pleading deadline would be extended to August 6;

WHEREAS, Defendants filed their Motion to Dismiss First Amended Complaint on August 6, 2026 (Dkt 19) (the "Motion") as well as a Motion to Compel Arbitration and Stay Proceedings as to Plaintiff Sheila Dean;

WHEREAS, the Parties have agreed to extend the briefing schedule, giving Plaintiffs up to and including September 3, 2026, within which to file their opposition to the Motion and Defendants will have up to and including September 28, 2026, within which to file their reply.

WHEREAS, on August 12, 2026, Plaintiff Sheila Dean voluntarily dismissed her claims against Defendants without prejudice and the Court terminated Plaintiff Sheila Dean from this case, thereby mooting Defendants' Motion to Compel arbitration as to her claims;

WHEREAS, both Parties reserve all rights and nothing in this Stipulation shall be construed as a waiver of the Parties' arguments or rights, including the rights to be heard regarding any motion or to seek other relief from this Court;

WHEREAS, the Parties have previously sought two extensions of the responsive pleading deadline, which were granted by the Court on June 22, 2026 (Dkt. 15) and July 20, 2026 (Dkt 18). No other extensions to the responsive pleading deadline have been requested or granted. No discovery cutoff date, dispositive motions deadline, pretrial conference date, or trial date has been set in this matter;

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

## STIPULATION

1. Plaintiffs shall have leave to file their opposition to Defendants' Motion to Dismiss on or before **September 3, 2026**;

2. Defendants shall have leave to file their reply in support of their Motion to Dismiss on or before **September 28, 2026**;

3. This Stipulation shall not constitute a waiver of any right, claim, defense, or argument by any Party;

4. This Stipulation is submitted in good faith, not for the purpose of delay, and is supported by good cause.

IT IS SO STIPULATED.

Dated: August 18, 2026

**KALIELGOLD PLLC**

By: *__/s/ Sophia G. Gold__*
Jeffrey D. Kaliel
Sophia Goren Gold
Amanda J. Rosenberg

*Attorneys for Plaintiffs and the Proposed Class*

Dated: August 18, 2026

**GIBSON, DUNN & CRUTCHER LLP**

By: *__/s/ Jeremy S. Smith__*
Jeremy S. Smith
Erin M. Choi

*Attorneys for Defendants*

IT IS SO ORDERED:

Dated: August 24, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE